IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

METTA WOODRUFF,  : CIVIL ACTION
   Petitioner,  :
           v.  :
R. SETH WILLIAMS, et al.,  : NO. 14-1146
   Respondents.  :

FILED
MAR 28 2016
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

## ORDER

**AND NOW**, this 28th day of March, 2016 upon careful and independent consideration of the parties' papers and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is placed **IN SUSPENSE** until the conclusion of state proceedings;

3. Petitioner and Respondents **SHALL NOTIFY** the court within ten (10) days of the conclusion of state appellate proceedings of Woodruff's pending PCRA petition so that the habeas petition may proceed in this Court; and

4. Respondents **SHALL FILE** with the Court a status report on the progress of the PCRA litigation on a quarterly basis.

BY THE COURT:

_J. William Ditter Jr._
J. WILLIAM DITTER, JR., J.