IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| METTA WOODRUFF, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| R. SETH WILLIAMS, et al. | : | No. 14-1146 |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this 19th day of October, 2016, upon consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. No. 22), **I HEREBY ORDER** that:

1. The February 29, 2016, Report and Recommendation is NOT approved and adopted.

2. The above captioned case is referred back to Judge Strawbridge for review of Petitioner's *habeas* claims on the merits.

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.